UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRA,<br><br>          Petitioner,<br><br>    v.<br><br>O. SMITH,<br><br>          Respondent. | No. 2:23-cv-1048 DAD CKD P<br><br><br>ORDER |

    Petitioner requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (ECF No. 12) is granted; and

    2. Petitioner shall file a traverse within sixty days from the date of this order.

Dated: November 17, 2023

                                                  CAROLYN K. DELANEY<br>
                                                  UNITED STATES MAGISTRATE JUDGE

1/kly<br>
guer1048.111