UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GUERRA, | No. 2:23-cv-1048 DAD CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| O. SMITH, | |
| Respondent. | |

Petitioner is a California prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition is fully briefed. Petitioner asks that the court stay this matter pursuant to Rhines v. Weber, 544 U.S. 269 (2005) so that petitioner can present an additional claim in California courts which he would raise here if denied. Respondent opposes the request for a stay.

To obtain a stay under Rhines, petitioner must show (1) good cause for his failure to previously exhaust state court remedies, and (2) any unexhausted claim is potentially meritorious. Rhines, 544 U.S. at 278. The claim petitioner seeks to potentially add concerns his being offered a plea agreement. Petitioner alleges that during trial proceedings he was offered a prison sentence of 8 years. Petitioner claims he rejected the offer not knowing the range of sentences he could receive following a trial. He blames trial counsel for not informing him about the range of sentences.

Petitioner has not shown good cause for not exhausting this claim earlier. Even considering plaintiff's asserted difficulty with English and his low level of education, petitioner was aware at his original sentencing, June 11, 2018 (ECF No. 10-13 at 7-10), that he rejected a plea deal for significantly less prison time then what he received. Any potential claim for ineffective assistance of counsel based upon counsel either advising petitioner not to take the plea or because counsel did not provide plaintiff with adequate information was obvious after sentencing. Petitioner was resentenced on May 17, 2022. After resentencing, petitioner was free to raise any claim related to the rejected plea agreement in state court. It does not appear petitioner took any action following resentencing until filing this action in June 2023. Petitioner fails to point to anything suggesting his failure to do so until now was for good cause.

For the foregoing reasons, the court will recommend that petitioner's motion for a stay under Rhines be denied.

In accordance with the above, IT IS HEREBY RECOMMENDED that petitioner's motion for a stay under Rhines v. Weber, 544 U.S. 269 (2005) (ECF No. 15) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 14, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
guer1048.sty