UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID GUERRA,

      Petitioner,

v.

O. SMITH,

      Respondent.

No.  2:23-cv-1048 DAD CKD P

ORDER

     Petitioner has filed a request for an extension of time to file objections to the court's January 22, 2026, findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

     1.  Petitioner's request for an extension of time (ECF No. 26) is GRANTED; and

     2.  Petitioner is granted thirty days from the date of this order in which to file objections to the court's January 22, 2026, findings and recommendations.

Dated:  March 13, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
guer1048.111.sec